# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

Nashville Division

RECEIVED
OCT 14 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Case No. ______________________
*(to be filled in by the Clerk's Office)*

Jimmy A Cod SR, Pro-Se

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

"#A82 throw #A84 see attached"

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



Jimmy A Cody SR, Pro Se

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jimmy A Cox SR, Pro-se |
| All other names by which you have been known: | N/A |
| ID Number | 000 30360 |
| Current Institution | Robertson County State holding |
| Address | 311 5th Ave East |
| | Springfield (City) TN (State) 37172 (Zip Code) |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | #A45 throw A93 "See attached" |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | City State Zip Code |

☑ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | City State Zip Code |

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name ______________________

Job or Title *(if known)* ______________________

Shield Number ______________________

Employer ______________________

Address ______________________

______________________

*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ______________________

Job or Title *(if known)* ______________________

Shield Number ______________________

Employer ______________________

Address ______________________

______________________

*City* *State* *Zip Code*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

#A92-A93

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

B, The Defendants

case#

10-7-25

B. Defendant No. 1

Name - Perry

Job or title Judge

Shield #

Employer - 19TH Judicial General Sessions Court Robertson County Tennessee

Employer - State of Tennessee

address 531 South Brown Street

Springfield TN 37172

City State Zip code

☒ Individual capacity ☒ official capacity

Defendant No 2

Name - ~~[illegible]~~ robert Nash

Job or title - District Attorney General 19th Judicial courts

Shield # -

Employer - robertson county Tennessee

Employer - State of tennessee

address - 104 6th Ave West

Springfield TN 37172

City State Zip code

☒ Individual capacity ☒ official capacity

B. The Defendant

Defendant No. 3

Name Gregord Thorne

Job or title Pulic Defender

Shield #

Employer Robertson County 19th Judicial Circuit court.

Employer State of Tennessee

Address 114 6th Ave West

Springfield TN 37172

City State Zip code

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name - Goodman ll

Job or title - Judge For 19th Judicial circuit court

Shield #

Employer - Robertson County Tennessee

Employer - State of Tennessee

Address 422 West Court Square Sweet 106

Springfield TN 37172

City State Zip code

☑ Individual capacity ☑ Official capacity

B. The Defendants

10-7-25

Defendant No 5

Name - Katie olita

Job title circuit court Judge

Shield number

Employer - 19th Judicial District In robertson county Tennessee

Employer State of Tennessee

address - 422 west court square sweet 106

Springfield TN 37172

City State Zip code

☑ Individual capacity ☑ official capacity

Defendant No 6

Name - Jason White

Job title - District attorney For 19th Judicial circuit court

Shield number

Employer - robertson county Tennessee

Employer - In the state of Tennessee

address - 104 6th Ave west

Springfield TN 37172

City State Zip code

☑ Individual capacity ☑ official capacity

B. The Defendants    [illegible] Case#

Defendant No. 7    10-7-25

Name - Robert J Martin

Job or title - Public Defender For 19th Judicial circuit court

Shield#

Employer - Robertson county In state Tennessee

Employer - State of Tennessee

address - 114 6th Ave West

Spring Field    TN    37172

City    State    Zip code

☑ Individual capacity    ☑ official capacity

Defendant No. 8

Name Kristy Chowing

Job or title - Clerk In 19th Judicial circuit court

Shield #

Employer - Robertson county In state of Tennessee

Employer - State of Tennessee

address - 422 west court square sweet 106

Spring Field    TN    37172

City    State    Zip code

☑ Individual capacity    ☑ official capacity

B. Defendants Case #

10-7-25

Defendant No. 9

Name Lt Hawkins

Job or title - Detective robertson county Sheriff's Office

Shield #

Employer - robertson county in state of Tennessee

Employer - state of tennessee

address - ~~[illegible]~~ 507 South Brown street

Springfield TN 37172

city state zip code

☑ Individual capacity ☑ official capacity

Defendant No. 10

Name - Terry morris

Job or title - Detective For Robertson county sheriff's office

Shield #

Employer - Robertson county state of tennessee

Employer - state of Tennessee

address 507 ~~[illegible]~~ South Brown street

Springfield TN 37172

city state zip code

☑ Individual capacity ☑ official capacity

B: The Defendant

Case#

Defendants No 11 10-7-25

Name - Osborne

Job or title - Detective for ~~[illegible]~~ robertson county sheriff's departm

Shield # -

Employer - Robertson county Tennessee

Employer - state of tennessee

address 507 South Brown street

springfield TN 37172

City State Zip code

☑ Individual capacity ☑ official capacity

Defendant No 12

name - Charles arms

Job or title - Detective for Robertson county Sheriff's office

Shield #

Employer - Robertson county In state tennessee

Employer - state of Tennessee

address - 507 South Brown street

springfield TN 37172

city state zip code

☑ Individual capacity ☑ official capacity

B. The Defendants Case#

10-7-25

Defendant No 13

Name - Crouse

Job or title - Detective For robertson county Tennessee sheriff's office

Shield#

Employer Robertson county In state of tennessee

Employer State of tennessee

address 507 South Brown street

Springfield TN 37172

City State Zip code

☑ Individual capacity ☑ official capacity

Defendant No 14

Name - Chancelor Carlisle

Job or title - Deputy for robertson county sheriff's office

Shield#

Employer - robertson county In state Of tennesse

Employer - State of tennessee

address - 507 South Brown street

Springfield TN 37172

City State Zip code

☑ Individual capacity ☑ official capacity

B. The Defendant                Case#

Defendant No. 15                                        10-7-25

Name Lungoi

Job or title CO At robertson county Jail/state ~~ot~~ holding.

Shield #

Employer - robertson county TN state of Tennessee

Employer - state of tennessee

address 311 5th Ave East

Spring Field    TN    37172

city    state    zip code

☑ Individual capacity    ☑ official capacity

Defendant No. 16

Name - Lt Drake

Job or title - Power shiFFt At Roberson county Jail/state Holding

Shield #-

Employer - Robertson county Tn state of tennessee

Employer - state of ~~tn~~ tennessee

address - 311 5th Ave East

Spring Field    TN    37172

city    state    zip code

☑ Individual capacity    ☑ official capacity



[illegible] KB, pro-se

B. The Defendant's

Case#

10-7-25

Defendant No. 17
Name unamed Sheriff's officer
Job or title - Sheriff for Robertson county Sheriff's office
Shield#
Employer - robertson county Tn state of Tennessee
Employer - state of tennessee
address - 507 South Brown street
Springfield TN 37172
City State Zip code
☑ Individual capacity ☑ official capacity

Defendant No. 18
Name - robertson county Tn
Job or title Tn state of tennessee
Shield#
Employer - state of tennssee
address 311 5th Ave East
Spring Field TN 37172
City State Zip code
☑ Individual capacity ☑ official capacity

~~Defendants~~ The Defendants Case #

Defendant No. 19 10-7-25

Name State of Tennessee

Job or title State

Shield #

Employer State of Tennessee

address 311 5th Ave East

Springfield TN 37172

City State Zip code

☑ Individual capacity ☑ official capacity

Defendant No. 20

Name - minnis

Job or title - Co. In Robertson County Jail state holding Facility

Shield # -

Employer - Robertson County In State of Tennessee

Employer - State Of Tennessee

address - 311 5th Ave East

Springfield TN 37172

City State Zip code

☑ Individual capacity ☑ official capacity

II Basis for Jurisdiction Case#

Part B. 10-8-25

1. Right To Due pross.

2. Right To Have (~~compent~~ computent lawyer.

3. Fair trail / evidence / Full motion By robertson county Genarel session's court / circuit coard / In 19th judicial system.

4. not Be beatin.

5. ~~[illegible]~~ to Be treated equaly As all other Inmates.

6. not to Be assaulte multple times.

7. To Be able to turn In ~~[illegible]~~ Felony Charges on Citizens. Same as they can me.

7. Right to medical treats / proper treat.

Case 3:25-cv-01186 Document 1 Filed 10/14/25 Page 14 of 40 PageID #: 14

II Bais For Jurisdction Case#

Part B.

10-7-25

9. Right to Legal supplys.

10. To Be able to send out legal mail with out staff/police get In it.

11. The right to talk to some one above acpL.

2. To Be able to forma pauper is In 19th judicial circuit court Robertson count In ~~Ten~~ state of tennessee.

3. Right to get legal Aid. from legal runner.

4. Then Right to Have Justic.

I r statement of claim                    case#

Defendant No1 Judge Perry                                                    10-8-25
AAA1 - A48   then # A49

Defendant No.2 Robert Nash D.A
AAA1 – ~~A48~~ A48 then A50 – A53

Defendant No.3 ~~Robert Nash~~ Gregory Thorne-PDA
#AAA1 – A48 then # A51

Defendant No.4 Judg-Goodmanll
AAA1 – # A48 then # A54 - A57

Defendant No.5 Judge Katie Olita
AAA1 - # A48   then ~~# A54~~ – A58

Defend No.6 D.A Jason White
#AAA1 – # A48   then # A59 – A60

Defend No.7 public Defender Robert D martin
#AAA1 – A48   then # A61 – A64

IV statement of Claim

Case#

Defendant No. 8 Clerk Kristy Chowing 10-8-25
#AAA1 – A48 then #A65

Defendant No. 9 Liz Hawkins
#AAA – A48 then #A 66

Defendant No. 10 Detective Terry Morris
#AAA1 – A48 then #A 67

Defendant No. 11 Detective Osborne
#AAA1 – A48 then #A 68

Defendant No. 12 Detective Charles arms
#AAA1 – A46 then #A 69

Defendant No. 13 Detective Crouse
#AAA1 – A48 then #A 70

Defendant No. 14 Deputy Chancelor Carlisle
#AAA1 – A48 then #A 72

IV. Statement of Claim                Case#

Defendant No. 15 Co. Langa                10-8-25
#AAA1-A48 then #A73-#A74

Defendant No. 16 Lt Drake
AAA-1-A48 then A75

Defendant No. 17 unamed Sheriff of Robertson county Sheriff's office.
#AAA1-A48 then A76

Defendant No. 18 Co. Minnis
AAA-1-AA48 then A77

Defendant No. 19 Cpl-Roney
#AAA-1-A48 then A78

Defendant No. 20 Co. Inman
AAA1-A48 then A79

Defendant. No. 21 Robertson County Tennessee
#AAA1-A80

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

#AA1 to A84

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. "See attached" #A94 – #A97

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

#1 "See attached" #A98

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

"See attached" A94

JV State of Claim case#

Defendant No. 2 2 State of tennessee 10-8-25

#AAA1 — A48

JVA Case#

Statement of Claim 10-7-25

On ~~Feb~~ Feb-4-2025 and Feb-5-25 Jimmy A Cox SR pro-se Did get assaulted/Beat'in and most all Civil Rights violated.

Then In General session/circuit court ~~an~~ Fake police reports corruption/given Felonious statement to both courtsed. on 5-8-25 / 7-25-25 / 9-19-2

JV.B statement of Claim

On 8-12-25 @ 1:25 Pm I multipurpose In P-A Corapoor. on visit Box that A Lawyer and Detective got ~~caught~~ caught setting some on up. As ~~mr~~ Jimmy A Cox SR, Pro-se, Lawyer did Robert Martin And Lawyer/Detective/Jail got sued.

on 8-13-25 1:20 pm the Public Defender Robert J Martin Did ~~have on~~ try to set mr. Jimmy A Cox SR, pro-se up agin In old vistion at Robertson County/Jail state holding Facility with CPL-Roney/CO. Inman/CO. Minnis

On 9-16-25 then @ 7-18-25 Fasle State ment where wrote By staff at Robertson county/Jail state holding In State of Tennesse

# IVD Statement of Claim

Witnesses 10-8-25

1. Nurse Brandon - Saw How Bad Jimmy A Con'SR, Pro-Se was treat/ Beatin. And more.

2. Dr. A - Saw how Bad Jimmy A Con'SR, Pro-se was treated and Beatin. And more. And Civil Rights violated

3. Nurse Page: SAW how Bad Jimmy A Con'SR Pro-se was Beat/ treated. And Civil Rights violated

4. CO. Paul Ruth As seen How Bad Jimmy A Con'SR, Pro-se was treat And Beatin And know about All most all Civil Rights Being violate.

5. CPL - Conic knows How Bad I was treated And How Bad I was treat. And Civil Rights violated.

6. CPL - Roger Has Been told not To give legal Aid.

I.V.D Statement of claim Case#

Witnesses

10-8-25

1. Is a Defendant as well. Charlotte Crabtree Seen who was their on First contact.

~~2. Face ... surgen ...~~

3.

Case#

 10-8-25

C. What date and approximate time did the events giving rise to your claim(s) occur?

Date Feb-4-25 time N/A | 8-12-25 time 1:20 | 8-16-25 time N/A
Feb-5-25 time N/A | 8-13-25 time 1:28 | 8-14-25 time N/A

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

For Defendants "see attache" ~~[illegible]~~ #A A-A1 throw A84

Witnesses "see attached" #A99-#A100

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

"see attached" #A101

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

"see attached" #A102-A108 ~~[illegible]~~



[illegible] pro-se

V. J Juries Case #

10-8-25

Jimmy A Walker Pro-Se Has ~~Suf~~ Suffer Broken Bones From Sheriff's on Feb-4-25 And 2-5-25 Did go to North crest emergry and Bone Dr. And Did not recieve Proper ~~med~~ medical care From Robertson county ~~jail~~ Jail state holding Facility medical staff mainly Dr. Mathews and Nurse Desire. This Did cause From Feb-4-25 till 10-8-25 major pain and suffering mentel ~~agu~~ aguish/ medical Bill ex.

Then on 9-16-25 Did Have a tendid Pop out and is still Hurting no medical treatment Just I.B.U.S.

VI Relief Case#

Defendant No1 Judge Perry 10-8-25
Is Be sue In Individual and offical capacitys
and For one Hundred millon Dollars. "See attached"
#AA1-A48 then #A49 For proff/reason/
works for. All assettes seized

Defendant No.2 District Attorney Robert Nash
Is Being sue In Individual and offical capacity
For one Hundred millon Dollars For Reasons/
Proff/works for "See attached" #AA1-A48 then A50-
A53. All assettes seized

Defendent No.3 Gregory Thorne Public Defender
Is Being sue In Individual and official capacity
For one Hundred millon Dollars For Reasons/
proff/works For "See attached" #AA1-A48 then
#A51. And Do want all assettes seized.

Defendant No.5 Judge Goodmall
Is Being sued In Individual and official
capacitys For one
Hundred millon Dollars. For reasons/ proff/
works For "See attached" #AAA1-A48
Then #A54-A57

VI Relief Case#

Defendant No. 5 Judge Katie Olita 10-8-25
Is Being sued for In Individual and Official
capacity's for one Hundred million Dollars
For proof/reason's/works for "see attached" #AAA1-
#AU6 then #A58 Does want all assets
seize.

VI Relief , case#

10-8-25

Defendant No. 6 District Attorney Jason White
Is Being sued In Individual and official capacitys
For one hundred millon Dollar For ProFF/ reasons/ work
For "see attached" #AAA1-A48 Then #A59-A60.

Defendant No. 7 Public Defender Robert J Martin
Is Being sued In individual and offical capacitys
For proFF/ reason's/ work For "see attached" #AAA1-A48
then #A61-A64. And all ~~property~~ Assettes ~~s~~ seized.

Defendant No. 8 ~~ok~~ clerk Kristy Chowing
Is Being sued In Individ and official capacit
and For one Hundred millon Dollars For ProFF/
reasons/ work For "see attached" #AAA1-A48 then
#A65. Does want all assettes seized.

Defendant No. 9 Lit Hawkins
Is Being sued In individual and official capacit
~~[illegible]~~/ For proFF/ reasons/ works For "see attached"
~~[illegible]~~ #AAA1-A48 then #66 And Does want all assette
seize.



[illegible] Pro-se

VJ Relief Case#

Defendant No. 10 Detective Terry morris 10-8-25
Is Being Sued in Individual and official capacity For proFF/reasons/ Works For "see attached" #AAA1-#A48 then #A67 Does want all assettes seize and sueing For one Hundred millon Dollars.

Defendant No. 11. Detective osborn
Is Being sued ~~For one~~ In Individual and official capacitys. For proFF/reasons/ works For "see attached" #AAA1-A48 then #A68 Does want all assettes seize.

Defendant No. 12 Detective Charles arms
Is Being Sued In Individual and official capacitys For proFF/reasons/ Works For "see attached" #AAA1-A48 then #69. Dose want all ~~asse~~ assettes seized.

Defendant No. 13. Detective crouse
Is Being sued For one Hundred millon Dollars In Both Individual and offical capacity For ProFF/reasons/ work For "see attached" #AAA1-A48 then #A70 And Do want all assette seize.

VI Relief Case#

Defendant No. 14 Deputy Chancelor Carlise 10-8-25
Is Being sued In Individual and official capacitys
For one Hundred millon dollars. For Proff / reasons /
works For "See attached" #AAA1-A48 Then #A72. And Does
want all assettes seized.

Defendant. No. 15 Co. Langa
Is Being sued In Individual and offical
capacitys For one Hundred millon Dollars For Proff /
reasons / works For "See attached" #AAA1-A48 Then #A73 –
#A74. And Does want all assettes seize.

Defendant. No. 16 Lt Drake
Is Being sued in Individual official capacitys and
For one Hundred millon Dollars For Proff / reasons / work
For "See attached" #AAA-1-A 75 And Does want all asse-
ettes to Be seized.

Defendant No. 17 unamed Sheriff's officer
Is Being sued Individual and official capacity
For Proff / reasons / works For "See attached"
#AAA1-A48 Then #A76



Jimmy Antho[illegible] Nix 'SR, Pro-se

VI Relief case#

10-8-25

Defendant No. 18 Co. minnis
Is Being sued ~~for~~ In Individual and official capacitys For one Hundred millon Dollars. For proff/reasons works for "see attached" #AAA1-A48 then #A77 Does want all assettes seize.

Defendant. No. 19 CPL. Roney
Is Being sued for Individual and official capacitys for one hundred millon Dollars. For proff/reasons/works for "see attached" #AAA1-#A48 then #A78 Does want all assettes seize.

Defendant No. 20 CO. Inman
Is Being sued for Individual and official capacitys for one Hundred millon Dollars for proff/reasons/works for "see attached" #AAA1-#A48 then #A79 And Does want all assettes seize.

Defendant No. 21 robertson county in state of Tennessee
All Defendants are Employed By robertson county tennessee "see attached" #AAA1-#A48 For proff/reasons/works for. Is Being sued for one Hundred millon Dollars. In Individual and official capacitys. Does want all assettes seize.

[illegible] - KR, Pro-se.

VI Relief Case#

Defendant 22 state of Tennessee 10-8-25

IS Being sue For one Hundred millon Dollars

In Both Individual and official capacity

all Defendants Do work For stat of Tennssee

See attached #AAA1 - #A44 For proof reasons

works For Does want all assettes seize

Relief No. 23

Does want changed of Venued For

can not recieve a fair trail or De pross

here In robertson county Tennessee.

Relief No. 24

Do need owe reconasince Bond

Or Bond For surgry's and mr. Jimmy

A Cox SR, pro-se He is In constant

pain Please help.



Jimmy [illegible] N SR, pro-se

10-8-25

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

In state of tennessee

robertson county/jail state holding facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [x] No
- [ ] Do not know

If yes, which claim(s)?

N/A



[illegible handwriting] pro-se

Case #

10-8-25



D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance? On Kiosk at Roberson county jail state Holding Falcilty In the state of Tennessee.

2. What did you claim in your grievance? In Justic/ Deferent treatment then others.

3. What was the result, if any? no none.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   no appeal pross here.



[illegible]

Case#

10-8-25



F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Case#



10-6-25

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [x] Yes
- [ ] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Jimmy A Cox SR, Pro-Se

   Defendant(s) See case # 3:25-cv-00935

2. Court *(if federal court, name the district; if state court, name the county and State)* (Nashville)

   United State District court middle District of Tennessee

3. Docket or index number

   3:25-cv-00935

4. Name of Judge assigned to your case

   Aleta A. Trauger

5. Approximate date of filing lawsuit

   Ask clerk Please

6. Is the case still pending?

   - [ ] Yes
   - [x] No

   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Case # 10-8-25



☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Jimmy H Cotton pro-se

   Defendant(s) see case # 3:25-cv-00917

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United State District court middle District of Tennessee Nashville

3. Docket or index number

   3:25-cv-00917

4. Name of Judge assigned to your case

   Waverly D Crenshaw Jr

5. Approximate date of filing lawsuit

   ask Clerk please

6. Is the case still pending?

   ☑ Yes

   ☐ No

   If no, give the approximate date of disposition N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

Case#

10-8-25



## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-8-25

Signature of Plaintiff: Jimmy Anthony Cox SR Pro-se

Printed Name of Plaintiff: Jimmy Anthony Cox SR, Pro-se

Prison Identification #: 00030360

Prison Address: 311 5th Ave East

Springfield, TN 37172

*City* *State* *Zip Code*

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Address ______

______ *City* ______ *State* ______ *Zip Code*

Telephone Number ______

E-mail Address ______

[illegible]
311 5th Ave East
Spring Field
TN 37172




RECEIVED
OCT 14 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Clerk
719 Church street
Suite 1300
Nashville TN
37203

legal mail

Page 1 42

Mail sent from
ROBERTSON COUNTY DETENTION FACILITY
Is not inspected. RCDF is not responsible for
the contents of this letter.

Mail sent from
ROBERTSON COUNTY DETENTION FACILITY
Is not inspected. RCDF is not responsible for
the contents of this letter.

10-8-25